

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/28/2015 10:36:49 AM
PAM ESTES
Clerk

October 9, 2015

Ms. Lori Oliver
District Clerk
Shelby County
P. O. Drawer 1953
Center, TX 75935
* DELIVERED VIA E-MAIL *

RE:     Case Number:              12-13-00307-CV
        Trial Court Case Number:  10CV31,096

Style:  Enbridge G & P (East Texas) L.P.
        v.
        Ben Samford and wife Bette Ann Samford, Cecil Jackson and wife Michelle
        Jackson and Sammy Monk

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk


C Ms. Julie P. Wright (DELIVERED VIA E-MAIL)
C Mr. Don Wheeler (DELIVERED VIA E-MAIL)
:

Mandate executed on _28th_ day of _October_, 2015.

Brief explanation of action taken: _File marked and entered into case_

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van
Zandt and Wood Counties
www.12thcoa.courts.state.tx.us

_____Eric Jones_____ _Deputy_ District/County Clerk

FILE COPY

**1517 WEST FRONT STREET** • **SUITE 354** • **TYLER, TX 75702** • **TEL: 903-593-8471** • **FAX: 903-593-2193**
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us